IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONEC HOLDING AG, | : |
|          Plaintiff, | : |
|      v. | :   C.A. No. 1:11-cv-00798-LPS |
| MOTOROLA MOBILITY, INC., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG ELECTRONICS, INC., HTC CORP., HTC AMERICA, INC., and EXEDEA, INC. | :   JURY TRIAL DEMANDED |
|          Defendants. | : |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE            )
                                        ) ss.
COUNTY OF NEW CASTLE     )

I, Dominick T. Gattuso, being duly sworn, depose and say:

1. I am over eighteen years of age, I am a partner of Proctor Heyman LLP, and I am not a party to this action.

2. On information and belief, defendant HTC Corp. ("HTC") is a corporation organized under the laws of Taiwan with its principal place of business located at 23 Xinghau Road, Taoyuan City, Taoyuan 330, Taiwan, R.O.C. Upon further information and belief, HTC is the parent of defendants HTC America, Inc. and Exedea, Inc.

3. On October 4, 2011, David Wiggins, Esquire, Senior Director, Patent Litigation Counsel for HTC, agreed to accept service on behalf of HTC. On October 5, 2011, I served true and correct copies of the Summons and Complaint directed to HTC on Mr. Wiggins by email. A

true and correct copy of the email reflecting service of the Summons and Complaint is attached hereto as Exhibit A.

4. On October 5, 2011, Mr. Wiggins responded by email, confirming receipt of the Summons and Complaint. A true and correct copy of the email t is attached hereto as Exhibit B.

3. True and correct copies of the Summons and Complaint directed to HTC are attached hereto as Exhibit C.

*[signature]*
Dominick T. Gattuso

Dated: October 6, 2011

SWORN TO and SUBSCRIBED before
me this 6th day of October, 2011.

*[signature]*
Notary Public

My commission expires 12-6-11

ASHLEY A. WOODRUFF
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Dec. 6, 2011

2