IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONEC HOLDING AG, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :     C.A. No. 11-798-LPS-SRF |
| | : |
| MOTOROLA MOBILITY, LLC, | : |
| SAMSUNG ELECTRONICS AMERICA, | : |
| INC., SAMSUNG ELECTRONICS, | : |
| CO., LTD., HTC CORP, HTC | : |
| AMERICA, INC., and EXEDEA, INC. | : |
| | : |
| Defendants. | : |
| | : |

## **NOTICE OF SERVICE**

PLEASE TAKE NOTICE that Plaintiff Monec Holding AG's Objections and Responses to Defendants' First Set of Requests for Admission for Authentication of Documents was served on the following persons via email on September 9, 2013:

Thomas L. Halkowski (thalowski@fr.com)
Douglas E. McCann (dmccann@fr.com)
Fish & Richardson P.C.
222 Delaware Avenue
17th Floor
Wilmington, DE 19801

*Attorneys for Samsung Electronics America, Inc., and Samsung Electronics, Inc.*

Michael J. McKeon (mmckeon@fr.com)
Andrew Kopsidas (akopsidas@fr.com)
Joseph Colaianni (jcolaianni@fr.com)
Fish & Richardson, P.C.
1425 K Street, NW, 11th Floor
Washington, DC 20005

*Attorneys for Samsung Electronics America, Inc. and Samsung Electronics, Inc.*

Karen Jacobs Louden (klouden@mnat.com)
Stephen J. Kraftschik (skraftschik@mnat.com)
1201 North Market Street
Morris, Nichols, Arsht & Tunnell LLP
Wilmington, DE 19801

*Attorneys for Defendants HTC Corp., HTC America, Inc., and Exedea, Inc.*

Heidi Keefe (hkeefe@cooley.com)
Mark Weinstein (mweinstein@cooley.com)
Kyle Chen (kchen@cooley.com)
Lam K. Nguyen (lnguyen@cooley.com)
Cooley LLP
3175 Hanover Street
Palo Alto, CA 94304

*Attorneys for Defendants HTC Corp., HTC America, Inc., and Exedea, Inc.*

| | |
|---|---|
| Jack B. Blumenfeld (jblumenfeld@mnat.com)<br>1201 North Market Street<br>Morris, Nichols, Arsht & Tunnell LLP<br>Wilmington, DE 19801<br><br>*Attorneys for Motorola Mobility LLC* | Steven D. Moore<br>(smoore@kilpatricktownsend.com)<br>Kilpatrick Townsend & Stockton LLP<br>1001 West Fourth Street<br>Winston-Salem, NC 27101<br><br>*Attorneys for Motorola Mobility LLC* |

William Boice
(wboice@kilpatricktownsend.com)
Alyson L. Wooten
(awooten@kilpatricktownsend.com)
Kilpatrick Townsend & Stockton LLP
Suite 2800, 1100 Peachtree Street
Atlanta, GA 30309-4530

*Attorneys for Motorola Mobility LLC*

                         PROCTOR HEYMAN LLP

                         */s/ Dominick T. Gattuso*
                         Dominick T. Gattuso (# 3630)
                         E-mail:  dgattuso@proctorheyman.com
                         300 Delaware Ave., Suite 200
                         Wilmington, DE 19801
                         (302) 472-7300
                         *Attorney for Plaintiff Monec Holding AG*

OF COUNSEL:

KELLEY DRYE & WARREN LLP
Steven J. Moore
E-mail: smoore@kelleydrye.com
James M. Moriarty
E-mail: jmoriarty@kelleydrye.com
Elizabeth W. Swedock
E-mail: eswedock@kelleydrye.com
400 Atlantic Street
Stamford, CT 06901
(203) 324-1400

Dated:   September 9, 2013