IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONEC HOLDING AG, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A. No. 1:11-cv-00798-LPS-SRF |
| | : |
| SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG ELECTRONICS, CO., LTD., HTC CORP., and HTC AMERICA, INC., | : |
| | : |
| Defendants. | : |

**PLAINTIFF MONEC'S MOTION FOR PARTIAL SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, TO EXCLUDE THE TESTIMONY OF DR. TIMOTHY WILLIAMS UNDER *DAUBERT* WITH RESPECT TO DEFENDANTS' INVALIDITY DEFENSES OF OBVIOUSNESS, LACK OF ENABLEMENT AND ANTICIPATION**

Plaintiff Monec Holding AG ("Monec") hereby moves for partial summary judgment or, in the alternative, moves to exclude the testimony of Dr. Timothy Williams, the invalidity expert of defendants HTC Corp. and HTC America, Inc. ("HTC"), under *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579 (1993) with respect to HTC's invalidity defenses of obviousness, lack of enablement, and anticipation.

The grounds for this motion are more fully set forth in Opening Brief of Plaintiff Monec Holding AG filed contemporaneously herewith.

PROCTOR HEYMAN, LLP

*/s/ Dominick T. Gattuso*
Dominick T. Gattuso (#3630)
dgattuso@proctorheyman.com
300 Delaware Ave., Suite 200
Wilmington, DE 19801
(302) 472-7300
*Attorneys for Plaintiff Monec Holding AG*

2

OF COUNSEL:

KELLEY DRYE & WARREN LLP
Steven J. Moore
smoore@kelleydrye.com
Elizabeth W. Swedock
eswedock@kelleydrye.com
400 Atlantic Street
Stamford, Connecticut 06901
(203) 324-1400
KELLEY DRYE & WARREN LLP
Geoffrey W. Castello
gcastello@kelleydrye.com
Vincent P. Rao II
vrao@kelleydrye.com
200 Kimball Drive
Parsippany, New Jersey 07054
(973) 503-5900

Dated: July 30, 2014