IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MONEC HOLDING AG,<br><br>        Plaintiff,<br><br>        v.<br><br>MOTOROLA MOBILITY, LLC, SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG ELECTRONICS, CO., LTD., HTC CORP, HTC AMERICA, INC., and EXEDEA, INC.<br><br>        Defendants. | C.A. No. 11-798-LPS-SRF |

**MONEC'S AMENDED MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE *DAUBERT* MOTION TO EXCLUDE THE TESTIMONY OF DR. TIM WILLIAMS, ON THE ISSUES OF <u>OBVIOUSNESS, ENABLEMENT AND ANTICIPATION</u>**

Plaintiff Monec Holding AG respectfully moves, for partial summary judgment or in the alternative moves to exclude the testimony of Defendants' Invalidity expert, Dr. Williams, pursuant to *Daubert v. Merrell Dow Pharms., Inc.,* (509 U.S. 579 (1993), on Defendants' Invalidity defenses of obviousness, lack of enablement, and anticipation.[1]  The grounds for this Motion are more fully set forth Monec's Amended Memorandum of Law and the supporting Declaration of Steven J. Moore, including the attached exhibits, submitted herewith.

---

[1] Monec's four (4) amended summary judgment and *Daubert* motions, dated September 19, 2014, are filed pursuant to the Court's September 5, 2014 Order. (D.I. 394).

        PROCTOR HEYMAN, LLP

        */s/ Dominick T. Gattuso*
        Dominick T. Gattuso (#3630)
        dgattuso@proctorheyman.com
        300 Delaware Ave., Suite 200
        Wilmington, DE 19801
        (302) 472-7300
        *Attorneys for Plaintiff Monec Holding AG*

OF COUNSEL:

KELLEY DRYE & WARREN LLP
Steven J. Moore
smoore@kelleydrye.com
Elizabeth W. Swedock
eswedock@kelleydrye.com
400 Atlantic Street
Stamford, Connecticut 06901
(203) 324-1400

KELLEY DRYE & WARREN LLP
Geoffrey W. Castello
gcastello@kelleydrye.com
Vincent P. Rao II
vrao@kelleydrye.com
200 Kimball Drive
Parsippany, New Jersey 07054
(973) 503-5900

Dated: September 19, 2014

## CERTIFICATE OF SERVICE

I hereby certify that that on the 19th day of September, 2014, I caused the foregoing to be electronically filed via CM/ECF and I further certify that I caused copies of the foregoing document to be served on counsel for Defendants via email as follows:

Heidi Keefe
Mark R.Weinstein
Kyle D. Chen
Lam K. Nguyen
Cooley LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
(650) 843-5000
hkeefe@cooley.com

Karen Jacobs Louden (#2881)
Michael J. Flynn (#5333)
1201 N. Market Street
P. O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
klouden@mnat.com
mflynn@nmat.com

                                              */s/ Dominick T. Gattuso*
                                              Dominick T. Gattuso (#3630)